IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:13CR62 |
| vs. | ) ) ) | ORDER |
| ADAM BECK, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the oral motion for an extension of time by counsel for defendant Adam Beck (Beck) and counsel for the government. The parties seek an additional week in which to file pretrial motions in accordance with the progression order. Upon consideration, the motion will be granted

**IT IS ORDERED:**

The joint oral motion for an extension of time is granted. Beck is given until **on or before July 1, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between June 24, 2013, and July 1, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge